UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    S1 21 CR 639 (PKC)


                    -against-                            ORDER

PABLO JARAMILLO

                              Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.


       The conference originally scheduled for December 16, 2021 is moved up to

December 15, 2021 at 4:00 p.m. in Courtroom 11D.


       SO ORDERED.


_____
                P. Kevin Castel
          United States District Judge


Dated:  New York, New York
        December 4, 2021