MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com

718-665-9147-fax

February 28, 2022

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 100007

Application GRANTED.
SO ORDERED.
Dated: 3/1/2022

*P. Kevin Castel*
*United States District Judge*

Re: United States v. Pablo Jaramillo
    21 CR 00639 (PKC)

Your Honor:

I am hereby requesting that the defendant's bail condition be modified only to the extent that his curfew, which was part of his conditions of release set on June 25, 2021, be removed. The defendant is being supervised by the District of New Jersey based on his place of residence. He has been in full compliance with his home confinement requirements. This request is being made at the suggestion of Ashley Cosme, Intensive Supervision Specialist of the Southern District of New York Pretrial Services Office. AUSA Samuel Rothschild is aware of this request, and he defers to Pretrial.

Thank you for your consideration herein.

Respectfully submitted,

MICHAEL J. NEDICK

cc: Ashley Cosme
    SDNY Pretrial Services

    AUSA Samuel Rothschild