# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  21 Cr. 639 |
| Pablo Jaramillo | ) | USM No:  52178-509 |
| | ) | |
| Date of Original Judgment:                04/26/2022 | ) | Michael Jeffrey Nedick |
| Date of Previous Amended Judgment: | ) | *Defendant's Attorney* |
| *(Use Date of Last Amended Judgment if Any)* | | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      04/26/2022      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          04/24/2024                              _____
                                                            *Judge's signature*

Effective Date: _____                            P. Kevin Castel, United States District Judge
                *(if different from order date)*            *Printed name and title*